**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Angelina Pilkington <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 18-10733 jkf |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for Deutsche Bank National Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE2,  Mortgage Pass-Through Certificates, Series 2006-HE2 and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322 FAX (215) 627-7734