### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Angelina Pilkington
                Debtor(s)

Case No: 18–10733–jkf

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay the Final
Installment of $70.00

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 7/25/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: July 13, 2018

31
Form 175