United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angelina Pilkington  
    Debtor

Case No. 18-10733-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Aug 21, 2018  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.
db         +Angelina Pilkington,   125 White Avenue,    Marcus Hook, PA 19061-4344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:
         ERIK B. JENSEN    on behalf of Debtor Angelina  Pilkington akeem@jensenbagnatolaw.com,
          gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Company, as Trustee for Morgan
          Stanley Capital I Inc. Trust 2006-HE2,  Mortgage Pass-Through Certificates, Series 2006-HE2
          bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Company, as Trustee for
          Morgan Stanley Capital I Inc. Trust 2006-HE2,  Mortgage Pass-Through Certificates, Series
          2006-HE2 bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
         WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
          ECF_FRPA@Trustee13.com
                                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Angelina Pilkington<br>    Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-HE2, Mortgage Pass-Through Certificates, Series 2006-HE2<br>    Movant<br>vs.<br>Angelina Pilkington<br>    Debtor<br>William C. Miller Esq.<br>    Trustee | NO. 18-10733 JKF<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$3,860.31,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | March 2018 at $642.76/month<br>April 2018 to August 2018 at $643.51/month |
| **Total Post-Petition Arrears** | **$3,860.31** |

2. The Debtor(s) shall cure said arrearages in the following manner;

  a). Beginning on September 1, 2018 and continuing through February 1, 2019, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$643.51** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$643.39 from September 2018 to January 2019 and $643.36 for February 2019** towards the arrearages on or before the last day of each month at the address below;

    **Specialized Loan Servicing, LLC**
    P.O. Box 60535
    City of Industry, CA 91716-0535

  b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:    August 15, 2018				By: /s/ Rebecca A. Solarz, Esquire
						Rebecca A. Solarz, Esquire


Date:    August 15, 2018				/s/ Erik B. Jensen, Esquire
						Erik B. Jensen, Esquire
						Attorney for Debtor


Date:						/s/ Polly E. Langdon, Esq. for
						William C. Miller, Esquire
						Chapter 13 Trustee

Approved by the Court this  21st  day of   August              , 2018.  However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Jean K. Fitzsimon

Angelina Pilkington
Bankruptcy Case No. 18-10733
Chapter 13