IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Angelina Pilkington | : | |
| | : | No. 18-10733-jkf |
| Debtor | : | |
| | : | |

## CERTIFICATE OF NO OBJECTION

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that no response to the Application for Compensation of Counsel Fees has been served upon me.

WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application.

Date: 10/8/18                                                                    /s/ Erik B. Jensen
                                                                                        Erik B. Jensen, Esquire
                                                                                        *Attorney for Debtor*