UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Angelina Pilkington

13

Bky No. 18-10733-JKF

Debtor(s).

### ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,055.00 less $1,200.00 already paid with a remaining balance of $1,855.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

**Date: October 17, 2018**

CC:  **Jensen Bagnato, P.C.
ERIK B. JENSEN, ESQUIRE
1500 Walnut Street
Suite 1920
Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

*******************************************

Angelina Pilkington
125 White Avenue
Marcus Hook, PA 19061