United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 18-10733-jkf
Angelina Pilkington   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Oct 17, 2018
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2018.
db             +Angelina Pilkington,    125 White Avenue,    Marcus Hook, PA 19061-4344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2018 at the address(es) listed below:
        ERIK B. JENSEN    on behalf of Debtor Angelina  Pilkington akeem@jensenbagnatolaw.com,
         gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Company, as Trustee for Morgan
         Stanley Capital I Inc. Trust 2006-HE2,  Mortgage Pass-Through Certificates, Series 2006-HE2
         bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Company, as Trustee for
         Morgan Stanley Capital I Inc. Trust 2006-HE2,  Mortgage Pass-Through Certificates, Series
         2006-HE2 bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com
                                                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Angelina Pilkington

      Debtor(s).

13

Bky No. 18-10733-JKF

### ORDER

**AND NOW,** this _____ day of _____, 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,055.00 less $1,200.00 already paid with a remaining balance of $1,855.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

**Date: October 17, 2018**

CC:    **Jensen Bagnato, P.C.
ERIK B. JENSEN, ESQUIRE
1500 Walnut Street
Suite 1920
Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

*******************************************

Angelina Pilkington
125 White Avenue
Marcus Hook, PA 19061